NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 010669
ALVERSON, TAYLOR, MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for Defendant
Anthony James Sandar

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| ROGER SCOTT BERG<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY JAMES SANDAR, DOE DEFENDANTS I-X and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-01955-APG-VCF |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, ROGER SCOTT BERG, and Defendant, ANTHONY JAMES SANDAR, by and through their respective counsels of record, and hereby stipulate that the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees

. . .

. . .

. . .

1

NRR-20341

and costs herein.

| EDWARD J. ACHREM & ASSOCIATES | ALVERSON, TAYLOR, MORTENSEN & SANDERS |
|---|---|
| /s/ *Ed Achrem* | /s/ *Nathan Reinmiller* |
| EDWARD J. ACHREM, ESQ. | NATHAN R. REINMILLER, ESQ. |
| Nevada Bar No.: 002281 | Nevada Bar No.: 006793 |
| 512 S. Tonopah, Ste. 100 | SABRINA G. MANSANAS, ESQ. |
| Las Vegas, Nevada 89106 | Nevada Bar No.: 0010669 |
| *Attorney for Plaintiff* | 7401 W. Charleston Boulevard |
|  | Las Vegas, NV 89117 |
|  | *Attorneys for Defendant* |
|  | *Anthony James Sandor* |

## ORDER

IT IS SO ORDERED that the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees and costs herein.

Dated: February 20, 2014.

_____
UNITED STATES DISTRICT JUDGE

N:\nathan.grp\Z-client\20341\Pleadings\20341 sso-dismissal.docx