NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 010669
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000
Attorneys for Defendant
Anthony James Sandar

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| ROGER SCOTT BERG | Case No.: 2:13-cv-01955-APG-VCF |
|---|---|
| Plaintiff, | |
| vs. | |
| ANTHONY JAMES SANDAR, DOE DEFENDANTS I-X and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, ROGER SCOTT BERG, and Defendant, ANTHONY JAMES SANDAR, by and through their respective counsels of record, and hereby stipulate that the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees

. . .

. . .

. . .

1

NRR-20341

1 | and costs herein.

2 | EDWARD J. ACHREM & ASSOCIATES

ALVERSON, TAYLOR, MORTENSEN & SANDERS

*(signature)*

EDWARD J. ACHREM, ESQ.
Nevada Bar No.: 002281
512 S. Tonopah, Ste. 100
Las Vegas, Nevada 89106
*Attorney for Plaintiff*

*(signature)*

NATHAN R. REINMILLER, ESQ.
Nevada Bar No.: 006793
SABRINA G. MANSANAS, ESQ.
Nevada Bar No.: 0010669
7401 W. Charleston Boulevard
Las Vegas, NV 89117
*Attorneys for Defendant*
*Anthony James Sandor*

## ORDER

IT IS SO ORDERED that the above-entitled action be dismissed with prejudice, each party to bear their own attorney's fees and costs herein.

Dated: February 20, 2014.

_____
UNITED STATES DISTRICT JUDGE

N:\nathan.grp\Z-client\20341\Pleadings\20341 sso-dismissal.docx